# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>TAMYRA RICE,<br><br>    Defendant. | Case No. 14-cv-04566 NC<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 5 |

On December 1, 2014, the Court denied without prejudice Lee's IFP application as incomplete. Dkt. No. 5. The Court gave Lee until December 21, 2014, to either file an amended IFP application, or pay the filing fee. *Id.* Lee has failed to pay the filing fee or file an amended IFP application, which the Court cautioned "w[ould] result in dismissal of the above-entitled action without prejudice." *Id.*

Because Lee has failed to respond or comply with the Court's orders, the Court dismisses this case without prejudice. Accordingly, the Case Management Conference set for January 14, 2015, is vacated.

IT IS SO ORDERED.

Date: January 13, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge